IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID ALLEN FELTNER, ) | |
| ) | |
|     Plaintiff, ) | Civil Action No. 7:19cv00764 |
| ) | |
| v. ) | **MEMORANDUM OPINION** |
| ) | |
| NORTHWESTERN REGIONAL ) | |
| ADULT DETENTION CENTER/ ) | |
| MEDICAL ) | By: Hon. Thomas T. Cullen |
| ) |      United States District Judge |
|     Defendant. ) | |

Plaintiff David Allen Feltner, proceeding <u>pro se</u>, filed this civil action under 42 U.S.C. § 1983.  By conditional filing orders entered November 18 and December 10, 2019, the court advised Feltner that he must notify the court in writing immediately upon his transfer or release, and must provide the court with his new address.  (<u>See</u> ECF Nos. 4 and 8).  On October 22, 2020, an order the court mailed to Feltner was returned to the court as undeliverable and with no forwarding address.  (<u>See</u> ECF No. 13.)  Feltner has not provided the court with an updated address.  Accordingly, the court will dismiss this action without prejudice for failure to comply with the court's order.  This dismissal is without prejudice to Feltner's opportunity to refile his claims in a separate civil action, subject to the applicable statutes of limitations.

**ENTERED** this 27th day of October, 2020.

                                            */s/ Thomas T. Cullen*
                                       HON. THOMAS T. CULLEN
                                       UNITED STATES DISTRICT JUDGE